UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL M. MANN,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　Defendant | Civil No. C05-5309-RJB<br><br><br><br>ORDER |

　　　Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including October 6, 2005, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including October 27, 2005, to file Plaintiff's Reply Brief.

Page 1　　　ORDER - [C05-5309-RJB]

DATED this 6th day of September, 2005.

    s/Karen L. Strombom

UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ STEPHANIE R. MARTZ    WSB # 28636
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2272
Fax: (206)615-2531
stephanie.martz@ssa.gov

Page 2     ORDER - [C05-5309-RJB]