# United States District Court

WESTERN DISTRICT OF WASHINGTON

PAUL M. MANN                              JUDGMENT IN A CIVIL CASE

            v.

MICHAEL J. ASTRUE                    CASE NUMBER: C05-5309RJB

___     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

       Plaintiff's attorney is awarded a gross attorney's fee of $22,436.75 pursuant to 42 U.S.C. sec 406(b), reduced by the EAJA fees of $4,338.40 and $4,000.00 administrative fee previously awarded, leaving a net fee of $14,098.35. Social Security is directed to send Plaintiff's attorney the net balance of $14,098.35, minus any applicable processing fees as allowed by statute.

| April 17, 2007 | BRUCE RIFKIN |
|---|---|
| | Clerk |
| | |
| | s/ Dara L. Kaleel |
| | By Dara L. Kaleel, Deputy Clerk |